UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CASSANDRA DAM,<br><br>        Defendant. | CASE NO. MJ 16-316<br><br>(N.D.CA No. CR-13-0046-JSW-03)<br><br>DETENTION ORDER |

Defendant was convicted in the Northern District of California in June 0f 2014 on a charge of false statements. Her sentence included a term of supervised release. She is now charged in that district with four violations of the conditions of her supervised release.

The United States filed a motion for her detention. The court conducted a hearing on that motion at the time of her initial appearance on July 18, 2016.

The Court, having conducted that detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is a presumption for detention of any defendant charged with violations of supervised release conditions. Nothing in this record rebuts that presumption.

(2) The alleged violations include possession of a firearm.

(3) Defendant has another charge pending in state court in California. She allegedly failed to appear on that charge, and there is a warrant pending.

(4) Her record includes a great many failures to appear.

(5) This court's Probation and Pretrial Services Office recommended detention.

(6) Defendant and her counsel offered no opposition to entry of an Order of Detention at this time.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding:

/ / /

/ / /

/ / /

/ / /

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of July, 2016.

                                s/ JOHN S. WEINBERG
                                United States Magistrate Judge

DETENTION ORDER
PAGE - 3